## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW R. PERRONG**<br>**1657 The Fairway #131 Jenkintown, PA 19046**<br><br>**Plaintiff,**<br>**vs.**<br><br>**Risen Capital, LLC ("RISEN"),**<br>**1300 NW 17th Ave., #278 Delray Beach, FL 33445**<br><br>**CRYSTIAN BARRERA, Individually and as**<br>**Chief Executive Officer / Principal of RISEN**<br>**1300 NW 17th Ave., #278 Delray Beach, FL 33445**<br><br>**and**<br>**DOES 1 through 100, inclusive,**<br><br>**Defendants.** | **Civil Action**<br>**No. 15-1807**<br><br><br><br>**Jury Trial Demanded** |

**FILED**
APR 16 2015
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## TO THE CLERK (DO NOT PLACE IN CASE FILE):

1.  Service of process in accordance with Federal Rule of Civil Procedure 4 was accomplished as of the 13th of April, 2015.

2.  Service was made to defendants Risen Capital, LLC and Crystian Barrera

3.  Please mark the docket and notate the case file in ECF accordingly.


Dated: April 14, 2015

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
RISENlitigation@gmail.com

## **AFFIDAVIT OF SERVICE**

### UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 15-1807

Plaintiff:
**Andrew R. Perrong**

vs.

Defendant:
**Risen Capital, LLC ("RISEN"); Crystian Barrera, Individually and as Chief Executive Officer/Principal of Risen**

For:
Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

Received by Agency for Civil Enforcement Corporation on the 8th day of April, 2015 at 4:28 pm to be served on **Crystian Barrera Individually and as CEO/Principal of Risen, 1300 Nw 17th Ave Suite 278, Delray Beach, Palm Beach County, FL 33445.**

I, Michael Rocco, being duly sworn, depose and say that on the **13th day of April, 2015 at 1:01 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint** with the date, time and hour of service, my initials and license number ID endorsed thereon by me, to: **Crystian Barrera** at the address of: **1300 Nw 17th Ave Suite 278, Delray Beach, Palm Beach County, FL 33445**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'0, Weight: 200, Hair: Black, Glasses: Y

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and I am a Licensed Private Process Server in the judicial circuit in which this process was handled. Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true and accurate to the best of my ability. Pursuant to Florida Statutes, No Notary is required pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me on the 13 day of _____, _____ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**JONATHAN LEVY**
**MY COMMISSION # EE182091**
**EXPIRES March 22, 2016**

407-398-0153   FloridaNotaryService.com 2013 Database Services, Inc. - Process Server's Toolbox V7.0s

_____
**Michael Rocco**
# 1378 C.P.S.

**Agency for Civil Enforcement Corporation**
**D.B.A., A.C.E., Inc.**
**1615 S. Congress Ave., Suite 103**
**Delray Beach, FL 33445**
**(561) 447-7638**

Our Job Serial Number: JML-2015552567

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| ANDREW R. PERRONG<br>*Plaintiff* | )<br>)<br>) | |
| v. | )<br>) | Civil Action No. 15-1807 |
| RISEN CAPITAL, LLC ("RISEN"); CRYSTIAN<br>BARRERA, INDIVIDUALLY AND AS CHIEF<br>EXECUTIVE OFFICER/ PRINCIPAL OF RISEN<br>*Defendant* | )<br>)<br>) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**CRYSTIAN BARRERA,**
**INDIVIDUALLY AND AS CHIEF EXECUTIVE OFFICER/PRINCIPAL OF RISEN**
**1300 NW 17th Ave Ste 278**
**Delray Beach, Florida 33445**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDREW PERRONG (PRO SE)
1657 THE FAIRWAY #131
JENKINTOWN, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ___April 7, 2015___

*Janet Vecchione*, **Deputy Clerk**

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Pennsylvania

Case Number: 15-1807

Plaintiff:
**Andrew R. Perrong**

vs.

Defendant:
**Risen Capital, LLC ("RISEN"); Crystian Barrera, Individually and as Chief Executive Officer/Principal of Risen**

For:
Andrew Perrong
1657 The Fairway #131
Jenkintown, PA 19046

Received by Agency for Civil Enforcement Corporation on the 8th day of April, 2015 at 4:28 pm to be served on **Risen Capital, LLC ("RISEN"), 1300 Nw 17th Ave Suite 278, Delray Beach, Palm Beach County, FL 33445.**

I, Michael Rocco, being duly sworn, depose and say that on the **13th day of April, 2015 at 1:01 pm, I:**

served the within named **CORPORATION** by delivering a true copy of the **Summons and Complaint** with the date, time and hour of service, my initials and license number ID endorsed thereon by me, to: **Crystian Barrera** as CEO for **Risen Capital, LLC ("RISEN"),** at the address of: **1300 Nw 17th Ave Suite 278, Delray Beach, Palm Beach County, FL 33445,** and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 45, Sex: M, Race/Skin Color: White, Height: 6'0, Weight: 200, Hair: Black, Glasses: Y

Under penalty of perjury I certify that I am over the age of 18, have no interest in the above action, and I am a Licensed Private Process Server in the judicial circuit in which this process was handled. Under penalty of perjury, I declare I have read the foregoing document and the facts stated in it are true and accurate to the best of my ability. Pursuant to Florida Statutes, No Notary is required pursuant to F.S. 92.525(2).

Subscribed and Sworn to before me on the _13_ day of _____, _____ by the affiant who is personally known to me.

NOTARY PUBLIC

**JONATHAN LEVY**
**MY COMMISSION # EE182091**
**EXPIRES March 22, 2016**

407-398-0153  FloridaNotaryService.com

**Michael Rocco**
# 1378 C.P.S.

**Agency for Civil Enforcement Corporation**
**D.B.A., A.C.E., Inc.**
**1615 S. Congress Ave., Suite 103**
**Delray Beach, FL 33445**
**(561) 447-7638**

Our Job Serial Number: JML-2015552568

2013 Database Services, Inc. - Process Server's Toolbox V7.0s

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| ANDREW R. PERRONG<br>    *Plaintiff*<br><br>v.<br><br>RISEN CAPITAL, LLC ("RISEN"); CRYSTIAN<br>BARRERA, INDIVIDUALLY AND AS CHIEF<br>EXECUTIVE OFFICER/ PRINCIPAL OF RISEN<br>    *Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No.  15-1807 |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> **RISEN CAPITAL, LLC ("RISEN")**
> **1300 NW 17th Ave**
> **Ste 278**
> **Delray Beach, Florida 33445**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

ANDREW PERRONG (PRO SE)
1657 THE FAIRWAY #131
JENKINTOWN, PA 19046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  April 7, 2015

*Janet Vecchione*, Deputy Clerk