UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG )<br>1657 The Fairway #131 Jenkintown, PA 19046 )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>Risen Capital, LLC ("RISEN"), )<br>1300 NW 17th Ave., #278 Delray Beach, FL 33445 )<br>)<br>CRYSTIAN BARRERA, Individually and as )<br>Chief Executive Officer / Principal of RISEN )<br>1300 NW 17th Ave., #278 Delray Beach, FL 33445 )<br>)<br>and )<br>DOES 1 through 100, inclusive, )<br>)<br>Defendants. )<br>_____ ) | Civil Action<br>No. 15-1807<br><br><br><br><br><br><br><br><br><br><br><br>Jury Trial Demanded |

## ORDER OF ENTRY OF DEFAULT:

IT APPEARING that the complaint was filed on the 7th of April, 2015, and it FURTHERMORE appearing that the summons and complaint were duly served on defendants Risen Capital, LLC and CRYSTIAN BARRERA on April 13th, 2015, and FURTHERMORE appearing that the above-named defendants have failed to appear, plead, or otherwise defend, and FURTHERMORE appearing that nothing whatsoever has been filed by the above-named defendants as required to by law,

NOW THEREFORE, upon motion of Plaintiff, **DEFAULT** is hereby **ENTERED** against defendants Risen Capital, LLC and CRYSTIAN BARRERA, pursuant to Federal Rule of Civil Procedure Rule 55(a)

By _____

Clerk of Court (Or Deputy)

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG <br> 1657 The Fairway #131 Jenkintown, PA 19046 <br> <br> Plaintiff, <br> vs. <br> <br> Risen Capital, LLC ("RISEN"), <br> 1300 NW 17th Ave., #278 Delray Beach, FL 33445 <br> <br> CRYSTIAN BARRERA, Individually and as <br> Chief Executive Officer / Principal of RISEN <br> 1300 NW 17th Ave., #278 Delray Beach, FL 33445 <br> <br> and <br> DOES 1 through 100, inclusive, <br> <br> Defendants. | Civil Action <br> No. 15-1807 <br> <br> FILED <br> MAY 08 2015 <br> MICHAEL E. KUNZ, Clerk <br> By_____Dep. Clerk <br> <br> Jury Trial Demanded |

## MOTION FOR ENTRY OF DEFAULT:

1. COMES NOW plaintiff Andrew Perrong and hereby requests that the Clerk of Court enter default against defendants Risen Capital, LLC and CRYSTIAN BARRERA, pursuant to Federal Rule of Civil Procedure 55(a).

2. In support of this motion, Plaintiff relies upon the record of this case and the affidavit submitted herein.

Dated: May 7, 2015

                                              Andrew Perrong
                                              *Pro-Se Litigant*
                                          1657 The Fairway #131
                                          Jenkintown, PA 19046
                                            Phone: 215-791-6957
                                       Facsimile: 888-329-0305
                                  RISENlitigation@gmail.com

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG <br> 1657 The Fairway #131 Jenkintown, PA 19046 <br><br> Plaintiff, <br> vs. <br><br> Risen Capital, LLC ("RISEN"), <br> 1300 NW 17th Ave., #278 Delray Beach, FL 33445 <br><br> CRYSTIAN BARRERA, Individually and as <br> Chief Executive Officer / Principal of RISEN <br> 1300 NW 17th Ave., #278 Delray Beach, FL 33445 <br><br> and <br> DOES 1 through 100, inclusive, <br><br> Defendants. | Civil Action <br> No. 15-1807 <br><br><br><br> FILED <br><br> MAY 08 2015 <br><br> MICHAEL E. KUNZ, Clerk <br> Jury Trial Demanded _____ Dep. Clerk |

### AFFIDAVIT OF ANDREW PERRONG
### IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT:

COMES NOW plaintiff Andrew Perrong, who, having been duly sworn, swears and deposes as follows:

1. I am the Plaintiff Pro-Se in this action.

2. A summons and complaint was filed in this court on April 7th, 2015.

3. Service of process in accordance with Federal Rule of Civil Procedure 4 was accomplished as of the 13th of April, 2015.

4. Service was made to defendants Risen Capital, LLC and CRYSTIAN BARRERA.

5. An answer to the complaint was due on May 5th, 2015. Therefore, more than twenty one (21) days have passed since the defendants were served.

1

6. Defendants Risen Capital, LLC and CRYSTIAN BARRERA have failed to appear, plead, or otherwise defend within the time allotted and are therefore now in default.

7. Plaintiff has received correspondence from Defendants' counsel, Sheldon Zipkin, requesting additional time, however this request was denied, and Plaintiff noted that Mr. Zipkin should make a motion requesting more time should he so desire.

8. However, since neither defendants nor Mr. Zipkin have made any appearance, pleadings, or motions before this court, including a motion for extension of time, defendants have nevertheless failed to appear, plead or otherwise defend, as private correspondence is irrelevant and not subject to the record of this Court. Therefore, defendants are in default.

WHEREFORE, Plaintiff prays that the Clerk of Court enter default against the defendants Risen Capital, LLC and CRYSTIAN BARRERA

**FURTHER AFFIANT SAYETH NAUGHT**

Dated: _May 7th_, 20_15_

Commonwealth of Pennsylvania )
) SS:
County of _Bucks_ )
)
Before me, the undersigned Notary Public, )
this _7_ day of _May_, 20_15_, )
personally appeared _Andrew Perrong_ )
to me known, who being duly sworn according to law, )
deposes the above. )
)
_[signature]_ )
Signature )
)
Subscribed and sworn to before me )
this _7th_ day of _May_, 20_15_ )
)
_[signature]_ )
Notary Public )
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
VICTORIA YEVALENKO, Notary Public
Lower Southampton Twp., Bucks County
My Commission Expires June 7, 2015

Andrew Perrong
*Pro-Se Litigant*
1657 The Fairway #131
Jenkintown, PA 19046
Phone: 215-791-6957
Facsimile: 888-329-0305
RISENlitigation@gmail.com

2