

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREW R. PERRONG<br>1657 The Fairway #131 Jenkintown, PA 19046<br><br>Plaintiff,<br>vs.<br><br>Risen Capital, LLC ("RISEN"),<br>1300 NW 17th Ave., #278 Delray Beach, FL 33445<br><br>CRYSTIAN BARRERA, Individually and as<br>Chief Executive Officer / Principal of RISEN<br>1300 NW 17th Ave., #278 Delray Beach, FL 33445<br><br>and<br>DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action<br>No. 15-1807<br><br>FILED<br>JUL 01 2015<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff ANDREW R. PERRONG, and pursuant to FRCP 41(a)(1)(A)(I), gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all defendants, due to an out-of-court and pre-answer settlement. It is requested that the clerk marked the case as **CLOSED** and **DISMISSED WITH PREJUDICE.**

Dated: June 30, 2015

Andrew Perrong<br>
*Pro-Se Litigant*<br>
1657 The Fairway #131<br>
Jenkintown, PA 19046<br>
Phone: 215-791-6957<br>
Facsimile: 888-329-0305<br>
RISENlitigation@gmail.com

1